UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY VAUPEN,<br>　　　　Plaintiff,<br>　　v.<br>PHIL BRANSTON,<br>　　　　Defendant. | Case No. 17-cv-05463-DMR<br><br>**ORDER TO SHOW CAUSE** |

Defendant filed a Motion to Dismiss on December 1, 2017. [Docket No. 9]. Pursuant to Civil Local Rule 7-3(a), any brief in opposition to Defendant's motion was due on December 15, 2017, but no such opposition has been received. <u>Plaintiff Kimberly Vaupen is ordered to respond by **December 22, 2017 at 5 p.m.**, and show cause for her failure to respond</u> to the motion in accordance with Civil Local Rule 7-3(a) or alternatively to file a statement of non-opposition to the motion as required by Civil Local Rule 7-3(b). This order to show cause does not constitute permission to file a late opposition. If Plaintiff Kimberly Vaupen does not respond by **December 22, 2017 at 5 p.m.**, Defendant's motion may be granted or the case may be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: December 20, 2017

_____
Donna M. Ryu
United States Magistrate Judge

