STEPHANIE FORMAN, ESQ.: STATE BAR NO.: 195757
SForman@tharpe-howell.com
SHAWN K. ELLIOTT, ESQ.: STATE BAR NO.: 170454
SElliott@tharpe-howell.com
THARPE & HOWELL, LLP
15250 Ventura Boulevard,
Ninth Floor
Sherman Oaks, California 91403
Telephone:  (818) 205-9955
Fax:            (818) 205-9944

Attorneys for Defendant PHIL BRANSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| KIMBERLY VAUPEN,<br><br>              Plaintiff,<br><br>v.<br><br>PHIL BRANSTON, an individual, and DOES 1-10 and DOES 1 through 20, inclusive,<br><br>              Defendants. | Case No.  17-cv-05463-DMR<br><br>**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE HEARING; [~~PROPOSED~~] ORDER**<br><br>Hearing Date:        June 1, 2018<br>Time:                    11:00 a.m.<br>Judge:                  Kandis A. Westmore |

**COME NOW THE PARTIES HEREIN, BY AND THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD, AND HEREBY STIPULATE AS FOLLOWS:**

WHEREAS issues regarding the pleadings in the above-entitled matter are not yet settled, as the Court has only just issued a ruling granting the defendant's Motion to Dismiss Portions of Plaintiff's First Amended Complaint, and granting plaintiff through May 24, 2018 to file a Second Amended Complaint;

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

WHEREAS defendant served written discovery upon the plaintiff immediately after receiving the Court's Order granting defendant's Motion to Dismiss Portions of Plaintiff's First Amended Complaint, and plaintiff's responses to those discovery requests are not due until after the June 1, 2018 Settlement Conference is scheduled to occur;

WHEREAS the plaintiff and her counsel are not available for the deposition of the plaintiff until after the June 1, 2018 Settlement Conference is scheduled to occur;

WHEREAS Magistrate Judge Kandis A. Westmore's Settlement Conference Standing Order provides that "*counsel shall ensure that whatever discovery is needed for all sides to evaluate the case for settlement purposes is completed by the date of the settlement conference*"; and

WHEREAS the parties wish to comply with the Settlement Conference Standing Order but find that they are unable to complete necessary discovery until after the June 1, 2018 date currently scheduled for the Settlement Conference in the above-entitled matter;

**IT IS HEREBY STIPULATED AND AGREED THAT** the June 1, 2018 Settlement Conference be continued approximately 90 days, to the week of September 10, 2018, or to such other date as is convenient to the Magistrate, and that all dates related to the Settlement Conference be continued to correspond to the new Settlement Conference date.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE HEARING**
**17-cv-05463-DMR**

IT IS SO STIPULATED.

Dated:  May 21, 2018                    THARPE & HOWELL, LLP


By: _____
        STEPHANIE FORMAN
        SHAWN K. ELLIOTT
        Attorneys for Defendant,
        PHIL BRANSTON


Dated:  May 21, 2018                    LAW OFFICES OF SUNITA KAPOOR


By: _____
        SUNITA KAPOOR
        Attorney for Plaintiff,
        KIMBERLY VAUPEN


///
///
///
///
///
///
///
///
///
///
///
///

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

**BASED UPON THE STIPUATION OF THE PARTIES, AND GOOD CAUSE APPEARING THAT THE JUNE 1, 2018 SETTLEMENT CONFERENCE BE CONTINUED,**

**IT IS ORDERED** that the June 1 Settlement Conference shall be continued to

September 12, 2018 at 11:00 a.m.,

and that all dates relating to the Settlement Conference, including but not limited to meet and confer requirements and settlement conference statements, be extended with the new date.

Dated: 5/23/18

_____
HON. KANDIS A. WESTMORE
UNITED STATES
MAGISTRATE JUDGE

I:\29000-000\29204\Pleadings\FEDERAL\Stip. to Cont. Settlement Conference.docx

**STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE HEARING**
**17-cv-05463-DMR**